THE STATE OF OHIO, APPELLEE, *v.* LAWRENCE, APPELLANT.

[Cite as *State v. Lawrence,* 121 Ohio St.3d 1224, 2009-Ohio-1112.]

(No. 2008–0844—Submitted February 17, 2009—Decided March 18, 2009.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Robin N. Piper, Butler County Prosecuting Attorney, Michael A. Oster Jr., Chief, Appellate Division, and Gloria J. Sigman, Assistant Prosecuting Attorney, for appellee.

Repper, Pagan, Cook, Ltd., and John H. Forg III, for appellant.